**No. 52150.**—Sambrooks, Ltd., et al. *v.* United States, protests 6933–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks, Inc.* v. *United States* (6 Cust. Ct. 110, C. D. 441), the merchandise in question was held not subject to countervailing duty.